# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

CHRIS SILER, a citizen and  )
resident of Benton County,  )
Tennessee,  )
                Plaintiff,  )
                                  )
VS.  )   No. 1 - 05 - 1306 - T An
                                  )   **Jury Demand**
WAL-MART ASSOCIATES, INC.,  )
a corporation registered to  )
do business in Tennessee,  )
                Defendant.  )

## ORDER FOR SPECIAL ADMISSION PRO HAC VICE

It appears to the Court that defendant's counsel, Greg Callaway, has moved this Court for special permission to practice pro hac vice in the United States District Court for the Western District, Eastern Division of Tennessee in this case. In accordance with Local Rule 83.1, movant has submitted all required documentation and fees for pro hac vice special admission, and that said Motion is well taken and should be granted.

It is therefore **ORDERED** that movant, Greg Callaway's, Motion is hereby granted and that he is admitted for special practice pro hac vice for the above-captioned case.

IT IS SO ORDERED this 13th day of October, 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/19/05

3

APPROVED FOR ENTRY:

_____
Greg Callaway, No. 18575
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
615/244-3370
Attorney for Wal-Mart Associates, Inc.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served by U. S. mail postage prepaid upon Terry J. Leonard, 100 South Forrest Avenue, Camden, Tennessee, 38320, on this ____ day of October, 2005.

_____

F:\GWC\Siler.Chris\Order10-3-05.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CV-01306 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

Greg Callaway
HOWELL & FISHER, PLLC
Court Square Bldg.
300 James Robertson Pkwy.
Nashville, TN 37201--110

Terry J. Leonard
LAW OFFICES OF TERRY J. LEONARD
100 South Forrest Ave.
Camden, TN 38320

Honorable James Todd
US DISTRICT COURT