IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CHRIS SILER, a citizen and resident of Benton County, Tennessee, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| VS. | ) No. 1-05-1306 |
| | ) Jury Demand |
| WAL-MART ASSOCIATES, INC., a corporation registered to do business in Tennessee, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER

It appears to the Court, as evidenced by the signatures of counsel below, that Wal-Mart Stores East, LP should be substituted as the applicable entity in the place of Wal-Mart Associates, Inc. As of February 1, 2002, the operation and obligations of the Camden, Tennessee Wal-Mart were transferred to Wal-Mart Stores East, L.P., a Delaware Limited Partnership.

It is therefore **ORDERED** that Wal-Mart Stores East, L.P. is hereby substituted in the place of Wal-Mart Associates, Inc. as the proper named defendant in this case.

IT SO ORDERED this 28th day of October, 2005.

_____
U.S. DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10-31-05


**APPROVED FOR ENTRY:**

*(signature)*

Greg Callaway, No. 18575
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
615/244-3370
Attorney for Defendant

*(signature)* G.C. w/ PERMISSION 10.24.05

Terry J. Leonard, No. 11851
100 South Forrest Avenue
Camden, Tennessee, 38320
731/584-0354
Attorney for Chris Siler

F:\GWC\Siler.Chris\Stipulation and Order.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01306 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Terry J. Leonard
LAW OFFICES OF TERRY J. LEONARD
100 South Forrest Ave.
Camden, TN 38320

Greg Callaway
HOWELL & FISHER, PLLC
Court Square Bldg.
300 James Robertson Pkwy.
Nashville, TN 37201--110

Terry Hudson
1E Court Sq. Rm 210
Benton County Courthouse
Camden, TN 38320

Honorable James Todd
US DISTRICT COURT